# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL KAWALIG,** : | |
| : | |
| **Plaintiff** | **CIVIL ACTION NO. 3:19-0188** |
| : | |
| v. | |
| : | **(MANNION, D.J.)** |
| **PITTSTON POLICE DEPT.,** *et al.,* | |
| : | |
| **Defendants** | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Carlson, **(Doc. 7)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**.

**(3)** The plaintiff is granted leave to file an amended complaint **on or before March 22, 2019.** Failure to so file will result in conversion of the dismissal *without prejudice* to a dismissal *with prejudice*.

**(4)** The failure of the plaintiff to file an amended complaint will result in a dismissal of this case.

**(5)** This case is **RECOMMITTED** to Judge Carlson for further proceedings.

                                          s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: March 5, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2019 MEMORANDA\19-0188-01-ORDER.wpd